THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOROTHY LaROCHE, | CASE NO. C18-1559-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| IQ DATA INTERNATIONAL INC./ RENT COLLECT GLOBAL, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 6). Within 60 days of the issuance of this order, Plaintiff shall file a stipulated dismissal or voluntary dismissal of her claims. The Clerk is DIRECTED to terminate all pending case management dates and CLOSE the case for statistical purposes.

DATED this 12th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1559-JCC
PAGE - 1